16153.   HANSON *v.* THE STATE.

BROYLES, C. J. The evidence authorized the verdict, and there is no
merit in any of the special grounds of the motion for a new trial.
    *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
                    DECIDED MARCH 27, 1925.

Conviction of possessing liquor; from city court of LaGrange—Judge Duke Davis. November 20, 1924.

*M. U. Mooty,* for plaintiff in error.

*L. L. Meadors, solicitor,* contra.